Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Home Mortgage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RORMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; CALIBER HOME LOANS, INC.; RM GALICIA, INC. d/b/a/ PROGRESSIVE MANAGEMENT SYSTEMS; QUANTUM COLLECTIONS; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No. 2:15-cv-01869-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(SECOND REQUEST)** |

Plaintiff Michael Rorman, by and through his attorneys Haines & Krieger, LLC, and Defendant Wells Fargo Home Mortgage ("Wells Fargo"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on September 3, 2015, Plaintiff filed his Complaint in the Eighth Judicial District Court, Clark County, Nevada;

WHEREAS, Wells Fargo removed the Complaint to this Court, making its response due October 6, 2015;

WHEREAS, the Parties stipulated to extend Wells Fargo's time to respond to Plaintiff's Complaint to November 2, 2015;

WHEREAS, the Parties agree to extend Wells Fargo's time to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before December 2, 2015.

**IT IS SO STIPULATED.**

DATED this November 2, 2015.

HAINES & KRIEGER, LLC

By: /s/ David Krieger
David Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue
Henderson, NV 89123
Tel: (702) 880-5554

*Attorneys for Plaintiff*

DATED this November 2, 2015.

SNELL & WILMER L.L.P.

By: /s/ Karl O. Riley
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
*Attorneys for Defendant Wells Fargo Home Mortgage*

### ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before December 2, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

DATED: November 4, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

22827640.2