Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RORMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; CALIBER HOME LOANS, INC.; RM GALICIA, INC. d/b/a/ PROGRESSIVE MANAGEMENT SYSTEMS; QUANTUM COLLECTIONS; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No. 2:15-cv-01869-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WELLS FARGO WITHOUT PREJUDICE** |

It is hereby stipulated by and between Plaintiff Michael Rorman ("Rorman"), through his attorney David Krieger, and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

1. Defendant Wells Fargo shall be dismissed from this case, without prejudice;

2. Those parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS HEREBY ORDERED** that Wells Fargo Home Mortgage is DISMISSED without prejudice, from this action, each side to bear its own fees and costs.

_____
United States District Judge
Dated: March 3, 2016

DATED this 3rd day of March, 2016.

**IT IS SO STIPULATED.**

DATED this 3rd day of March, 2016

HAINES & KRIEGER, LLC

By: /s/ David Krieger
   David Krieger, Esq.
   Nevada Bar No. 9086
   8985 S. Eastern Avenue
   Henderson, NV 89123
   Tel: (702) 880-5554

   *Attorneys for Plaintiff*

DATED this 3rd day of March, 2016.

SNELL & WILMER L.L.P.

By: /s/ Karl O. Riley
   Jeffrey Willis, Esq.
   Nevada Bar No. 4797
   Karl O. Riley, Esq.
   Nevada Bar No. 12077
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
   Tel: (702) 784-5200

   *Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage*

**ORDER**

**IT IS ORDERED THAT** Defendant Wells Fargo Home Mortgage is dismissed from this action, without prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED March_____, 2016.

23626567.1