**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL E. RORMAN, | Case No. 2:15-cv-01869-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| WELLS FARGO HOME MORTGAGE, *et al.*, | |
| Defendants. | |

In light of the notice of settlement (Dkt. #25),

IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before May 2, 2016.

DATED this 8th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE